# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| KUVEDINA, LLC, an Illinois Limited Liability Company, )<br><br>    **Plaintiff,** )<br> v. )<br><br>**RAKESH PAI and MHALSA TECHNOLOGIES**, a Forfeited Kansas Corporation, )<br><br>    **Defendants.** )<br>**And** )<br><br>**RAKESH PAI**, Individually and doing business as **MHALSA TECHNOLOGIES**, )<br><br>    **Counter-Plaintiff,** )<br> v. )<br><br>**KUVEDINA, LLC**, an Illinois Limited Liability Company, )<br><br>    **Counter-Defendant.** ) | Case No. 11-CV-2282 |

## ORDER

This case is before the court for ruling on the Motion to Enforce Settlement Agreement (#114) filed by Defendant Rakesh Pai, individually and doing business as Mhalsa Technologies.[1] Defendant filed his Motion (#114) on May 6, 2014. Defendant stated that the parties reached an agreement to settle this case but Plaintiff has not signed the Mutual Release so the case can be dismissed. Defendant asked this court to make a finding that the parties entered into a binding agreement to mutually dismiss their claims against each other and dismiss this action. Defendant attached documentation in support of his Motion.

---

[1] This court will refer to Pai and Mhalsa Technologies collectively as "Defendant."

On May 7, 2014, Plaintiff's counsel filed a Response to Defendant's Motion to Enforce Settlement Agreement (#117). Plaintiff's counsel stated that counsel had no objection to the relief Defendant has requested and does not disagree with any of the facts stated by Defendant in his Motion. Plaintiff's counsel stated that counsel has been severely limited in his ability to communicate with Anil Baddi, who is the sole shareholder, director and officer of Plaintiff, Kuvedina, LLC.

Because there is no opposition, this court concludes that Defendant's Motion (#114) should be granted.

IT IS THEREFORE ORDERED THAT:

(1) Defendant's Motion to Enforce Settlement Agreement (#114) is GRANTED.

(2) This court finds that the parties entered into a binding agreement to mutually dismiss their claims against each other.

(3) Accordingly, this case is dismissed and terminated.

ENTERED this 8th day of May, 2014.

s/COLIN S. BRUCE
U.S. DISTRICT JUDGE